IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CAROL GARDNER and         )
CHERYL GOSHA,             )
                          )
        Plaintiffs,       )
                          )
    v.                    )    CIVIL ACTION NO.
                          )      3:16cv813-MHT
THE UNITED STATES OF      )          (WO)
AMERICA and JOHNSON & SON )
AT PHENIX CITY MORTUARY,  )
as successor in interest  )
to Edgar H. Battle Funeral)
Home, Inc.                )
                          )
        Defendants.       )
```

ORDER

Based on the parties' joint notice of settlement (doc. no. 11), it is ORDERED that the parties' request that all pending deadlines be stayed (doc. no. 11) is granted and that all proceedings in this case are stayed pending administrative finalization of the settlement.

**This case is closed administratively.**

**DONE, this the 30th day of December, 2016.**

                                      **/s/ Myron H. Thompson**
                              **UNITED STATES DISTRICT JUDGE**