# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CAROL GARDNER and CHERYL GOSHA, ) ) ) Plaintiffs, ) ) v. ) ) JOHNSON & SON AT PHENIX ) CITY MORTUARY, as ) successor in interest ) to Edgar H. Battle Funeral ) Home, Inc., ) ) Defendant. ) | CIVIL ACTION NO. 3:16cv813-MHT (WO) |

## JUDGMENT

Upon consideration of plaintiff's motion to dismiss (doc. no. 27), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of August, 2017.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**